UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PATRICIA WILLIAMS,  **ORDER**

              Plaintiff,  20-CV-08208-PMH

v.

SPECIALIZED LOAN SERVICING, LLC,
et al.,

              Defendants.

-------------------------------------------------------X

On January 22, 2021, Defendants Community Housing Innovations, Inc., Kara M. Sorrentino, and Anthony Paribello[1] (collectively the "CHI Defendants") filed a pre-motion letter in anticipation of moving to dismiss Plaintiff's Complaint. (Doc. 25). Given Plaintiff's *pro se* status and her failure to oppose the CHI Defendants' letter, the Court grants the CHI Defendants' request for permission to move to dismiss Plaintiff's Complaint.

The CHI Defendants shall file their motion by March 1, 2021, Plaintiff shall file her opposition by April 1, 2021, and the CHI Defendants shall file their reply by April 8, 2021.

The CHI Defendants are directed to mail a copy of this Order to Plaintiff at the address provided on the docket.

Dated: New York, New York           SO ORDERED:
       February 1, 2021

                                                                            Philip M. Halpern
                                                                            United States District Judge

---

[1] The Court notes that Johnathan David Hallett, Esq. has entered notices of appearance on behalf of Community Housing Innovations, Inc. and Kara M. Sorrentino (Doc. 20), but not on behalf of Anthony Paribello. The Court directs Mr. Hallett to file a notice of appearance on behalf of Mr. Paribello forthwith.