UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA WILLIAMS,

               Plaintiff,

-against-

SPECIALIZED LOAN SERVICING, LLC, et al.,

               Defendants.

**ORDER**

20-CV-08208 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the Second Circuit's December 27, 2021 order (Doc. 56), the Court hereby modifies its July 27, 2021 order (Doc. 51) to provide that this case is dismissed without prejudice.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                       **SO ORDERED:**

Dated:  White Plains, New York
           December 28, 2021

                       _____
                       PHILIP M. HALPERN
                       United States District Judge